IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARLOS JOHNSON                                                                                   PLAINTIFF

v.            Civil No. 2:16-CV-02143-PKH-MEF

CASH HASSER (Public Defender) and                                                    DEFENDANTS
PUBLIC DEFENDER OFFICE (Fort Smith)

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 18th day of November, 2016.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE